UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANSELMO RAIGOSA GARCIA,<br><br>　　　　Defendant. | No. CR-03-2119-FVS<br><br>ORDER DENYING §2255 MOTION WITH LEAVE TO RENEW |

**IT IS HEREBY ORDERED** that the Defendant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, **Ct. Rec. 33**, is **DENIED AS UNTIMELY** because the Defendant's case is still pending on direct review.  Pursuant to the statutory rules § 2255 petitions, the Defendant may renew his motion after the Ninth Circuit issues a mandate in this case.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel and the **defendant**, and **close** the civil file, **CV-04-56-FVS**.

**DATED** this <u>6th</u> day of May, 2005.

　　　　　　　　　　　　　　　<u>　s/ Fred Van Sickle　</u>
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　Chief United States District Judge

ORDER DENYING § 2255 MOTION WITH LEAVE TO RENEW - 1